UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW WILLIAMS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00638-ART-CSD<br><br>ORDER |

On February 28, 2024, this Court entered an order instructing *pro se* Petitioner Mathew Williams to show cause why his federal habeas petition should not be dismissed based on a lack of jurisdiction. (ECF No. 9.) The following day, February 29, 2024, Williams filed a notice of change of address. In an abundance of caution, this Court directs the clerk to send a copy of the February 28, 2024, order to Williams at his new address.

It is therefore ordered that the clerk send Petitioner Mathew Williams a copy of the February 28, 2024 (ECF No. 9) order to his new address at High Desert State Prison.

Dated this 5th day of March 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE