MATHEW LEE WILLIAMS #1095205
LOVELOCK CORR. CNTR.
PERSHING COUNTY, NV
   PETITIONER, IN PROSE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MATHEW WILLIAMS, | |
|---|---|
| PETITIONER, | CASE No. 3:23-CV-00638-ART-CSD |
| -VS- | |
| NETNANJAH BRIETENBACH, | SUPPLEMENTAL LETTER |
| NEV. ATTY. GENERAL, | TO THE COURT |
| RESPONDENT | |

Comes Now, Petitioner, and submits this letter to the court in supplement to his Amended Habeas Corpus Petition, and a note regarding the $5 filing fee. This is based upon the following:

1. I, as petitioner, would please like to inform the court, and the responding parties, that my Habeas Petition is not your normal post-conviction relief, as it doesn't pertain directly to post-conviction proceedings, but rather, it is a petition for Habeas Corpus on the denial in the District Court of my Motion to Correct Illegal sentence, which was affirmed by the Nevada Supreme Court.

I would like it to be known that I did my best to answer the questions in my petition as to how

-1-

they pertain to my grounds for appeal — honestly I'm not sure I even did it correctly and the repeated requests for assistance and information from the Law Library proved fruitless to minimal — I couldn't even get an answer as to this being the correct Petition for Writ of Habeas Corpus. The questions in this appeal do not really apply to my basis of relief, which is the reason for the filing of my original handwritten petition.

I don't completely know what I'm doing here, I'm just doing my best.

I would like it also to be known, in regard to the filing fee, that I am currently waiting for Inmate Banking to process the paperwork to have the $5 filing fee removed from my prison account and mailed to the U.S. District Courthouse, at the Reno, Nevada location. I submitted all the necessary paperwork, and am awaiting it to be processed. I thank you for your time in reading what I had to say.

This 6th day of January, 2024.

MATHEW WILLIAMS
DOC#1095205
LOVELOCK CORR CENTER
PETITIONER